IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, ) <br> 6218 Georgia Avenue, NW, Ste. 1-1235 ) <br> Washington, DC 20011-5125, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> U.S. DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES, ) <br> 200 Independence Avenue, S.W. ) <br> Washington, DC 20201, ) <br>   ) <br> Defendant. ) <br> _____ ) | Civil Action No. 23-758 |

**COMPLAINT**

Plaintiff Functional Government Initiative ("FGI") brings this action against Defendant the United States Department of Health and Human Services ("HHS") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges the following:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

1

## PARTIES

3. Plaintiff FGI is an unincorporated association of individuals dedicated to improving the American public's access to information about the officials, decisions, actions, and priorities of their government. *See* D.C. Code § 29-1102(5).

4. Defendant HHS is an agency of the United States Government within the meaning of 5 U.S.C. § 552(f)(1) and is headquartered at 200 Independence Avenue S.W., Washington, D.C. 20201. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On December 1, 2022, FGI submitted a FOIA request, online, to Defendant. *See* Exhibit A. The request sought:

> 1. Any communications to Secretary Becerra from senior government officials within HHS or its component agencies or offices advising that he should recommend a COVID booster shot every two months for all Americans.
> 2. Any scientific support relied on by Secretary Becerra when approving or issuing the tweet recommending that all Americans receive a booster shot every two months.
> 3. Any study, synopsis, or similar statement or document of scientific, academic, or government research on whether a bi-monthly booster shot will effectively prevent the transmission or susceptibility to COVID-19 and known active variants as of November 2022.
> 4. Any records of communications, memos, or analyses provided to Secretary Becerra discussing the safety concerns of booster shots for COVID-19.

The time period covered by the FOIA request was October 1, 2022 to November 30, 2022.

6. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to FGI's FOIA requests within 20 working days of each request.

7. The release of the records is in the public interest because the federal government has issued conflicting messages about the frequency of recommended COVID-19 booster shots. On November 28, 2022, Vice President Kamala Harris tweeted that most people would only need one COVID shot per year, but Secretary of Health and Human Services Xavier Becerra twice tweeted that boosters are advised every two months. *See* Exhibit A at 1.

8. Attorney General Merrick Garland stated that the FOIA is "a vital tool for ensuring transparency, accessibility, and accountability in government," and that the "'basic purpose … is to ensure an informed citizenry,' which is 'vital to the functioning of a democratic society [and] needed to check against corruption and to hold the government accountable to the governed.'" Merrick Garland, *[Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines](#)* at 1 (Mar. 15, 2022).

9. HHS acknowledged receipt of the FOIA request on December 2, 2022, assigning the request Number 2023-00199-FOIA-OS. *See* Exhibit B.

10. FGI requested expedited processing of this FOIA request. *See* Exhibit A. However, Defendant's acknowledgment letter did not respond to the request for expedited process. *See* Exhibit B.

11. With regards to FGI's FOIA request, the statutory deadline has passed, and Defendant has failed to provide a substantive response to the FOIA request. In fact, as of the date of this Complaint, Defendant has failed to produce a single responsive record or assert any claims that responsive records are exempt from production.

12. Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), FGI is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).

## CAUSE OF ACTION
**(Violation of FOIA, 5 U.S.C. § 552)**

13. Plaintiff realleges paragraphs 1 through 12 as though fully set forth herein.

14. Defendant has failed to make a determination regarding FGI's December 1, 2022 FOIA request for records (2023-00199-FOIA-OS) within the statutory time limit and is unlawfully withholding records requested by FGI pursuant to 5 U.S.C. § 552.

15. FGI is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and FGI will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Functional Government Initiative requests that the Court grant all appropriate relief for the violations of FOIA alleged above, including:

a. An order and judgment requiring the Defendant to conduct a search for any and all records responsive to FGI's FOIA request and to demonstrate that it employed search methods reasonably likely to lead to the discovery of all records responsive to FGI's request;

b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to FGI's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendant from continuing to withhold any and all non-exempt records in this case that are responsive to FGI's FOIA request;

d. Attorneys' fees and costs to Plaintiff pursuant to any applicable statute or authority, including 5 U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

    */s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*
Dated: March 21, 2023   FUNCTIONAL GOVERNMENT INITIATIVE

5