UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        *Plaintiff,*<br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        *Defendant.* | Civil Action No. 23-0758 (CKK) |

## **JOINT STATUS REPORT**

Plaintiff, Functional Government Initiative, and Defendant, Department of Health and Human Services ("HHS") (collectively, the "Parties"), respectfully file the following Joint Status Report pursuant to the Court's June 13, 2023, Order.

Defendant reviewed all 1,263 pages of potentially responsive records captured in the agency's search. After a careful review of the records, Defendant determined that the 1,263 pages were non-responsive to the FOIA request. Defendant sent Plaintiff notification of its review on July 28, 2023.

Consistent with the Court's June 13, 2023, the Parties will submit a Joint Status Report apprising the Court as to the status of the pending litigation in 90 days, on or before March 4, 2024.

\*     \*     \*

Dated: December 4, 2023
      Washington D.C.

Respectfully submitted,

/s/ *Jeremiah L. Morgan*
JEREMIAH L. MORGAN, DC Bar #1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*