# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br>    v.<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 23-758 (CKK) |

## ORDER
(May 22, 2024)

In light of the parties' [12] Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 22nd day of May, 2024, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge